UNITED STATES of America,
Plaintiff–Appellee,

v.

Meredith Lelann KING, Defendant–
Appellant.

No. 12–14978
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 30, 2013.

Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Gayle Littleton, Pamela C. Marsh, U.S. Attorney's Office, Panama City, FL, for Plaintiff–Appellee.

Gwendolyn Louise Spivey, Charles William Lammers, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Before TJOFLAT, PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Meredith Lelann King in this direct criminal appeal, has moved to withdraw from further representation of Ms. King and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and

Ms. King's conviction and sentence are **AFFIRMED**.